IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HERMAN LEE KINDRED | § | |
| VS. | § | CIVIL ACTION NO.  1:24-CV-128 |
| TEXAS PAROLE BOARD, ET AL. | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff Herman Lee Kindred, a prisoner confined at the Bell County Law Enforcement Center, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against members of the Texas Parole Board located in Temple, Texas.

Discussion

When jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391(b) provides that venue is proper in the judicial district where the defendants reside or in which the claim arose. Venue is not proper in the Eastern District of Texas, because the plaintiff alleges that the claims arose, and the defendants reside, in Bell County, which is located in the Western District of Texas. Under 28 U.S.C. § 1404, the district court may transfer a civil action to any other district where it could have been brought for the convenience of parties and witnesses and in the interest of justice. The court has considered the circumstances and has determined that justice would be served by transferring this action to the district where the claims arose and the defendants reside. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Waco Division of the United States District Court for the Western District of Texas.

**SIGNED this the 24th day of April, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE